FILED

03/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0131

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA-23-0131

| | |
|---|---|
| JOHN D. MUNRO, <br><br> Appellant, <br><br> vs. <br><br> ALLEN MUNRO, *et. al.* <br><br> Appellee. | **ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

The Court, having reviewed Appellant's *Motion for Extension of Time*, Rule

21(1) allowing at least one extension of time, hereby grants the *Motion*.

Appellant's opening brief shall be due on April 23, 2023.

BY THE COURT

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 27 2023